

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

NOV 23 2015

CHRISTOPHER A. PRINE
CLERK

RE:  Court of Appeals Number: 14-14-01018-CR
     Trial Court Case Number: 14-DCR-065587

**MAILED**

Style: Jennifer Anne Thomas
       v.
       The State of Texas

## Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Jennifer Thomas*
Pro se Appellant
Marlin Unit, TDCJ # 1990157
Marlin, Texas 76661

## Certificate of Service

This is to certify that on November 16, 2015 (Date), a true and correct copy of the above and foregoing document was served by mail on:

Fort Bend County District Attorney's Office, 301 Jackson Street, Richmond, TX 77469

*Jennifer A. Thomas*
Pro se Appellant

Jennifer A. Thomas 1940157
Martin Unit
2893 State Hwyle
Marlin, Tx 76661

Fourteenth Court of Appeals
301 Fannin Street, Suite 245
Houston, Jx 77002

77002-2062 0016

